COMMONWEALTH of Pennsylvania,
Respondent

v.

Louis E. ALEXANDER, Petitioner

No. 339 EAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

## ORDER

PER CURIAM

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Frederick BROOKS, Petitioner

No. 373 EAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

## ORDER

PER CURIAM

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Kevin BAUER, Petitioner

No. 475 MAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

## ORDER

PER CURIAM

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Franklyn Palmer HUTCHISON
IV, Petitioner

No. 430 MAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**